**Lawtis Donald RHODEN,
Plaintiff–Appellant,**

v.

**Stephen W. MAYBERG; et al.,
Defendants–Appellees.**

No. 14–15523.

United States Court of Appeals,
Ninth Circuit.

Submitted June 22, 2015.*

Filed July 2, 2015.

Lawtis Donald Rhoden, Coalinga, CA, pro se.

Jesse Manuel Rivera, Esquire, Rivera & Associates, Sacramento, CA, for Defendants–Appellees.

Before: HAWKINS, GRABER, and W. FLETCHER, Circuit Judges.

MEMORANDUM ***

Lawtis Donald Rhoden, a civil detainee at Coalinga State Hospital, appeals pro se from the district court's order denying his Fed.R.Civ.P. 60(b) motion in his 42 U.S.C. § 1983 action alleging constitutional violations in connection with the regulation of his personal computer. We have jurisdiction under 28 U.S.C. § 1291. We review

for an abuse of discretion, *Sch. Dist. No. 1J, Multnomah Cnty., Or. v. ACandS, Inc.,* 5 F.3d 1255, 1262 (9th Cir.1993), and we affirm.

The district court did not abuse its discretion in denying Rhoden's motion for reconsideration because Rhoden failed to demonstrate any grounds for relief. *See id.* at 1263 (grounds for reconsideration under Fed.R.Civ.P. 60(b)).

We do not consider Rhoden's challenge to the underlying dismissal or pretrial motions because Rhoden failed to appeal the judgment against him in a timely manner. *See* Fed. R.App. P. 4(a)(1)(A).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

